# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| CARLA WIGGINS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CARLTON D. GAUTNEY, JR., | : : : : : |
| Plaintiff, | : |
| v. | : : |
| MEDTRONIC MINIMED, INC., | : : |
| Defendant. | : : |

Case No. 3:22-cv-02781-MCR-ZCB

## STIPULATION REGARDING EXPERT DISCLOSURE DEADLINE

WHEREAS, Plaintiff's FDA regulatory expert, Dr. Stephen Amato, was not available for his deposition on March 3, 2023 as originally scheduled;

WHEREAS, Dr. Amato was not available in-person for his rescheduled deposition on March 13, 2023;

WHEREAS, Dr. Amato and the parties were not jointly available in-person for his deposition until March 27, 2023, after Defendant's expert disclosure deadline on March 24, 2023;

WHEREAS, Dr. Amato's deposition is relevant to Medtronic's rebuttal disclosure to Dr. Amato's expert disclosure;

WHEREAS, section V.B of Parties' Joint Rule 26(f) Report (ECF 16), adopted in relevant part by the Court's Final Scheduling Order and Mediation Referral (ECF 19), allows extension of discovery deadlines by stipulation;

**IT IS THEREFORE STIPULATED**, by and between Plaintiff Carla Wiggins and Defendant Medtronic MiniMed, Inc., that Medtronic MiniMed, Inc.'s disclosure of expert testimony on the same topic as Dr. Amato's expert disclosure is now due April 7, 2023.  Plaintiff's rebuttal disclosure on the same topic is now due on May 12, 2023; and Defendant's Surrebuttal on the same topic is due June 9, 2023. No other deadlines are modified by this stipulation.

| | |
|---|---|
| By: *s/J. Scott Murphy, Esq.*<br>J. SCOTT MURPHY, ESQ.<br>FBN: 0373001<br>ANDREW F. KNOPF, ESQ.<br>FBN: 658871<br>PAUL \| KNOPF \| BIGGER<br>840 South Denning Drive, Suite 200<br>Winter Park, FL 32789<br>Telephone: (407) 622-2111<br>scott@pkblawfirm.com<br>andrew@pkblawfirm.com<br><br>*Attorneys for Plaintiff* | By: *s/John K. Londot, Esq.*<br>JOHN K. LONDOT, ESQ.<br>FBN: 579521<br>GREENBERG TRAURIG, P.A.<br>101 E. College Avenue<br>Tallahassee, FL 32301<br>Phone: 850-222-6891<br>londotj@gtlaw.com<br>hoffmannm@gtlaw.com<br><br>-and-<br><br>NICOLE E. NAROTZKY, ESQ.<br>*pro hac vice*<br>RODNEY M. HUDSON, ESQ.<br>*pro hac vice*<br>THOMAS R. PACK, ESQ.<br>*pro hac vice*<br>ANN E. MOTL, ESQ.<br>*pro hac vice*<br>GREENBERG TRAURIG, LLP<br>90 South Seventh Street, Suite 3500 |

Minneapolis, MN 55402
Phone: (612) 259-9751
nicole.narotzky@gtlaw.com
hudrsonr@gtlaw.com
tom.pack@gtlaw.com
ann.motl@gtlaw.com
*Attorneys for Defendant, Medtronic MiniMed, Inc.*