UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLA WIGGINS, AS PERSONAL
REPRESENTATIVE OF THE
ESTATE OF CARLTON D.
GAUTNEY, JR.,
    Plaintiff,

v.

MEDTRONIC MINIMED, INC.,
    Defendant.

CASE NO. 3:22-cv-2781-MCR-EMT

## **REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on    March 27, 2023
Motion/Pleadings: STIPULATION REGARDING EXPERT DISCLOSURE DEADLINE
Filed by Plaintiff & Defendant on March 24, 2023 Doc. # 36
  X   Stipulated       Joint Pleading
      Unopposed       Consented

                          JESSICA J. LYUBLANOVITS
                          CLERK OF COURT
                          */s/ Patricia G. Romero*
                          Deputy Clerk:    Patricia G. Romero

On consideration, the motion is **GRANTED** as requested.

**DONE** and **ORDERED** this 28th day of March 2023.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**