UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CARLA WIGGINS, AS
PERSONAL REPRESENTATIVE
OF THE ESTATE OF CARLTON      Case No. 3:22-cv-02781-MCR-EMT
D. GAUTNEY, JR.,

          Plaintiff,

v.

MEDTRONIC MINIMED, INC.,

          Defendant.

## **MEDTRONIC MINIMED, INC.'S MOTION TO SEAL AND INCORPORATED MEMORANDUM OF LAW**

Defendant Medtronic MiniMed, Inc. ("Medtronic"), by and through undersigned counsel, and pursuant to Local Rule 5.5, Federal Rule of Civil Procedure 5.2, and the Agreed Protective Order entered in this case on May 26, 2023, respectfully moves to file under seal: (i) the Declaration of Eric Davila Lozada in Support of Defendant's Motion for Summary Judgment), (ii) Exhibits 1-12 of the Declaration of Eric Davila Lozada, (iii) Exhibits N and R of the Declaration of Nicole Narotzky in support of Defendant's Motion for Summary Judgment; and (iv) Exhibits H, and I of the Declaration of Nicole Narotzky in support of Defendant's Motion to Exclude the Expert Report and Opinion of Charles E. Clemens.

As set forth in detail below, the aforementioned documents contain—or in some cases, entirely consist of—competitively sensitive trade secret information.

## FACTUAL BACKGROUND

On May 23, 2023, the Plaintiff and Medtronic (together "Parties") jointly filed their Agreed Motion for Court Approval of Proposed Agreed Protective Order. [ECF No. 23]. At that time, the Parties submitted that

> [T]he parties agree that certain materials responsive to discovery requests involve trade secret or other confidential research, development, or commercial information, and that such material is properly protectable through a confidentiality agreement.

*Id.* at 1–2.

This Court considered and granted the Agreed Protective Order, entering it on May 26, 2022. [ECF No. 24].

In connection with the September 12, 2023 dispositive and Rule 702 motion deadline, Medtronic now seeks to file a variety of material in support of (1) its Motion for Summary Judgment; and (2) its Motion to Exclude the Expert Report and Opinion of Charles E. Clemens. Some of that material falls within the ambit of the Protective Order in this matter and should be sealed as described below.

## MEMORANDUM OF LAW

Since the matters at issue involve confidential and proprietary information, particularly information on the engineering and other specifications of the Medtronic MiniMed 670G insulin pump at issue in this case and Medtronic's internal systems, this material should be considered confidential (a) in order to maintain that aspect of the Parties' agreement and (b) to protect Medtronic's confidential and proprietary

2

information, including its sensitive internal engineering information that is not generally known, readily ascertainable, or otherwise publicly available, and which Medtronic undertakes substantial efforts to keep secret and out of the public domain.

The Federal Rule of Civil Procedure 5.2 governs privacy protection for Court filings and affords the Court discretion to allow a filing to be made under seal. Although there is a common law right of access to judicial records, this right is not absolute. *Chicago Tribune Co. v. Bridgestone/Firestone, Inc.*, 263 F.3d 1304, 1311 (11th Cir. 2001).

"The standard governing the right of access as it applies to particular documents requires the court to balance the competing interests of confidentiality and the right of public access on a case by case basis." *Id.* at 1312, 1313-15.

To that end, courts have found that a company's interest in the privacy of its records "often outweigh the public right of access.'" *See In re Abilify (Aripiprazole) Prods. Liab. Litig.*, No. 3:16-md-2734, 2017 U.S. Dist. LEXIS 161660, at *7 (N.D. Fla. Sep. 29, 2017) (quoting *MEDai, Inc. v. Quantros, Inc.*, No. 6:12-cv-840-Orl-37GJK, 2012 U.S. Dist. LEXIS 90318, 2012 WL 2512007, at *2 (M.D. Fla. June 29, 2012) (granting unopposed motion to seal); *See also Teledyne Instruments, Inc. v. Cairns*, No. 6:12-CV-854-ORL-28TB, 2013 WL 5874584, at *2 (M.D. Fla. Oct. 31, 2013) (sealing documents containing technical drawings and

other information related to the plaintiff's products because these documents "derive value from not being publicly known").

Here, Medtronic seeks to seal and redact documents which pertain to or reference Medtronic's sensitive trade secret information, such as engineering-based trade secrets, sensitive product specifications and technical information, and information which discloses information regarding Medtronic's information technology systems and databases. This information is not otherwise public and is information that Medtronic has taken measures to keep private to protect its commercial and financial interests. Consistent with this concept and the sensitive information at issue in this litigation, the Parties earlier moved this Court to enter an Agreed Protective Order, which it did.

Sealing or redacting these Exhibits is imperative to avoid substantial injury to Medtronic by revealing its sensitive internal trade secret information to competitors and others alike. Sealing the Exhibits will promote established public policy of keeping private company information private, as explained in the case law discussed above; and it will not cause prejudice to any party or non-party. Moreover, Medtronic has narrowly tailed this request to a limited subset of documents with truly sensitive information. Medtronic also intends to file redacted public versions of the Exhibits where it is feasible to do so, preserving the right of public access to

the extent possible while protecting Medtronic's confidential and sensitive trade secret information.

## CONCLUSION

WHEREFORE, Medtronic respectfully requests the Court enter the Proposed Order filed herewith granting the relief requested herein, and seal (i) the Declaration of Eric Davila Lozada in Support of Defendant's Motion for Summary Judgment), (ii) Exhibits 1-12 of the Declaration of Eric Davila Lozada, (iii) Exhibits N and R of the Declaration of Nicole Narotzky in support of Defendant's Motion for Summary Judgment; and (iv) Exhibits H, and I of the Declaration of Nicole Narotzky in support of Defendant's Motion to Exclude the Expert Report and Opinion of Charles E. Clemens.

## RULE 37 CERTIFICATION

In accordance with Federal Rule of Civil Procedure 37 and Northern District of Florida Local Rule 7.1(B)-(C), the undersigned certifies that movant has in good faith conferred with opposing counsel regarding this Motion to file documents under seal. As of 9:00 PM, Central Daylight Time, on September 12, 2023, opposing counsel has not indicated agreement or disagreement with this Motion.

5

# CERTIFICATE OF WORD COUNT

In accordance with Northern District of Florida Local Rules 7.1(F), 56.1(B) & 56.1(E), the undersigned certifies that the memorandum above contains 903 words.

Dated: September 12, 2023

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**

*s/Nicole E. Narotzky*
John K. Londot, Esq.
Florida Bar No. 579521
GREENBERG TRAURIG LLP
101 E College Ave.
Tallahassee, FL 32301
Telephone: (850) 222-6891
Facsimile: (850) 681-0207
Email: londotj@gtlaw.com

Nicole E. Narotzky, Esq. (admitted *pro hac vice*)
Thomas R. Pack, Esq. (admitted *pro hac vice*)
Ann E. Motl, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN 55402
Telephone: (612) 259-9751
Fax: (612) 677-3101
Email: narotzkyn@gtlaw.com
packt@gtlaw.com
ann.motl@gtlaw.com

and
Rodney M. Hudson, Esq. (admitted *pro hac vice*)

GREENBERG TRAURIG, LLP
101 Second Street, Suite #2200
San Francisco, CA 94105-3668
Telephone: (415) 655-1317
Email: hudsonr@gtlaw.com

*Counsel for Defendant
Medtronic MiniMed, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: J. Scott Murphy, Esq. (scott@pkblawfirm.com) and Andrew F. Knopf, Esq. (andrew@pkblawfirm.com) of Paul, Knopf, Bigger Law Firm.

*s/Nicole E. Narotzky*
Nicole E. Narotzky, Esq.
