UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CARLA WIGGINS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF CARLTON D. GAUTNEY, JR., <br><br> Plaintiff, <br><br> v. <br><br> MEDTRONIC MINIMED, INC., <br><br> Defendant. | Case No. 3:22-cv-02781-MCR-EMT |

**DEFENDANT MEDTRONIC MINIMED, INC.'S
AMENDED\* MOTION FOR SUMMARY JUDGMENT**

Defendant Medtronic MiniMed, Inc. ("Medtronic MiniMed" or "MiniMed"), pursuant to Federal Rule of Civil Procedure 56(a) and Northern District of Florida Local Rule 56.1, respectfully moves this Court for an order granting summary judgment on both counts in Plaintiff's Complaint. As explained in MiniMed's Memorandum in support of this Motion, this case involves the MiniMed 670G insulin pump, a life-sustaining Class III medical device with premarket approval from the U.S. Food and Drug and Administration. Plaintiff alleges only manufacturing-defect claims, which are expressly preempted by the Medical Device

---

\* Amended at the Clerk of Court's direction to remove Exhibits A-S. No other changes have been made to this Motion, which was filed on September 12, 2023.

1

Amendments to the Food, Drug, and Cosmetic Act. *See* 21 U.S.C. § 360k(a); *Riegel v. Medtronic, Inc.*, 552 U.S. 312 (2008). Plaintiff's claims also fail independently under applicable state law. MiniMed is thus entitled to summary judgment on all of Plaintiff's claims.

## STATEMENT REGARDING ORAL ARGUMENT

Medtronic MiniMed respectfully requests 45 minutes of oral argument in this case due to the technical and complex issues involved. MiniMed believes the Court would benefit from a face-to-face presentation which would allow for real-time clarification, if requested.

Dated: September 13, 2023                                       **GREENBERG TRAURIG, P.A.**

*s/Nicole E. Narotzky*
John K. Londot, Esq.
Florida Bar No. 579521
GREENBERG TRAURIG LLP
101 E College Ave.
Tallahassee, FL  32301
Telephone: (850) 222-6891
Facsimile: (850) 681-0207
Email:  londotj@gtlaw.com

Nicole E. Narotzky, Esq. (admitted *pro hac vice*)
Thomas R. Pack, Esq. (admitted *pro hac vice*)
Ann E. Motl, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
90 South Seventh Street, Suite 3500
Minneapolis, MN  55402
Telephone: (612) 259-9751
Fax: (612) 677-3101

Email:  narotzkyn@gtlaw.com
packt@gtlaw.com
ann.motl@gtlaw.com

and

Rodney M. Hudson, Esq. (admitted *pro hac vice*)
GREENBERG TRAURIG, LLP
101 Second Street, Suite #2200
San Francisco, CA  94105-3668
Telephone: (415) 655-1317
Email:  hudsonr@gtlaw.com

*Counsel for Defendant*
*Medtronic MiniMed, Inc.*

## WORD COUNT CERTIFICATION

In accordance with Northern District of Florida Local Rules 7.1(F), 56.1(B), and 56.1(E), the undersigned certifies that the memorandum above contains 172 words.

s/ *Nicole Narotzky*
Nicole Narotzky

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of September, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

s/ *Nicole Narotzky*