# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

CARLA WIGGINS, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF CARLTON D. GAUTNEY, JR.,

                    Plaintiff,       Case No.: 3:22-cv-02781-MCR-ZCB

v.

MEDTRONIC MINIMED, INC.

                    Defendant.

_____/

## PLAINTIFF'S RESPONSE TO DEFENDANT'S
## AMENDED MOTION FOR SUMMARY JUDGMENT (DOC 67)
## AND MEMORANDUM IN SUPPORT (DOC 64)

# [FILED UNDER SEAL]

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 18, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will serve an electronic copy on all counsel of record; and electronically served the unsealed version to the Court via e-mail at flnd_rodgers@flnd.uscourts.gov and all counsel of record.

> */s/ J. Scott Murphy*
> **J. SCOTT MURPHY, ESQ.**
> FBN: 0373001
> **ANDREW F. KNOPF, ESQ.**
> FBN: 658871
> **PAUL | KNOPF | BIGGER**
> 1560 North Orange Ave., Suite 300
> Winter Park, Florida 32789
> Ph: (407) 622-2111; F: (407) 622-2112
> scott@pkblawfirm.com
> andrew@pkblawfirm.com
> abla@pkblawfirm.com
> leslie@pkblawfirm.com
> *Attorneys for Plaintiff*