**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**



CARLA WIGGINS, AS PERSONAL
REPRESENTATIVE OF THE ESTATE
OF CARLTON D. GAUTNEY, JR.,

                Plaintiff,        Case No.: 3:22-cv-02781-MCR-ZCB

v.

MEDTRONIC MINIMED, INC.

                Defendant.

_____/

### DECLARATION OF CHARLES E. CLEMENS

I, Charles E. Clemens, declare as follows:

1.      My name is Charles E. Clemens.  I received a Bachelor of Science Degree in Mechanical Engineering from San Diego State University in 1979. I have over 40 years of experience as an individual contributor design engineer, engineering manager/director, and senior consultant in the Medical Device and Life Sciences industries.

2.      From 1981 to 1995, I worked at what is now known as CareFusion, a company that pioneered intravenous medication delivery systems. My work there involved product design, engineering Department and Program management,

concepts development, marketing launch, and manufacturing process development of numerous drug infusion devices and vital sign monitoring systems. Additionally, during my time there, I was frequently requested to investigate and perform root cause analysis of drug infusion system field failures and to develop solutions to meet demanding production/field implementation needs.

3.       Since 1995, I have operated a medical device design and development consulting company as the Founder and Principal Consultant. This company focuses on developing innovative medical device products and bringing them to market. During this time, I have worked extensively on dozens of medical device designs in several different areas, including liquid medication delivery devices and intravenous ("IV") systems.

4.       I am an identified inventor on 16 issued patents in the field of medical devices, including small mechanisms, plastic injection molding and assembly, medication delivery devices, and fluidic control devices. I have significant experience with medication delivery systems including insulin pumps, insulin, and epinephrine intramuscular or subcutaneous pen type injection devices.

5.       I have extensive experience in injection molding and ultrasonic welding integrated in the manufacturing process as well as designing with plastics in medical devices, including polycarbonate (PC) and acrylonitrile butadiene styrene (ABS), and blends (PC/ABS) thereof.

6.     Polycarbonate plastic, when correctly processed, is regarded in the technical literature and in actual practice as a very tough, physically strong, impact resistant, and durable plastic and is widely used in products that are used by consumers.

7.     A polycarbonate (PC) plastic is a perfectly appropriate plastic for use in the subject application (manufacture of the retainer ring), including the welding of it to a PC/ABS blended plastic case as long as properly controlled manufacturing and welding processes are in place. There is much technical literature in support of the ultrasonic welding compatibility between PC and ABS/PC blends.

8.     However, when such controls are not in place, and the manufacturing/welding process is not correctly controlled, welded in stress in the PC material, retainer ring distortion, and compromised welds of the polycarbonate rings can and do result despite a satisfactory initial appearance. Polycarbonate, when poorly processed, has a long history and is well-known for its propensity to develop stress cracking over time and environmental use exposure. The poorly controlled welding process causes "built in" or welded in stress, which will cause the retainer rings to prematurely "stress" crack after production and put into the field environment.

9.      Following FDA required Current Good Manufacturing Practice (CGMP) and Manufacturer Quality Management System Regulations,  Medtronic was (and is) required to validate its polycarbonate retainer ring manufacturing process. This includes determining the proper controls and parameters to ultrasonically weld the retainer ring to the pump case that provides a high degree of assurance it will meet the requirements of its application. *See* CFR 820.75(a).  I have reviewed the documentation produced in this case, including the volumes of data provided with the PMA application, and there is no objective evidence that Medtronic did so.

10.      Process Validation is defined as "establishing by objective evidence that a process consistently produces a result or product meeting its predetermined specifications." *See* 21 CFR 820.3(z)(1). Process Validation has a specific meaning for manufacturers that the FDA has defined in the regulations and issued guidance on in order to assist the manufacturer in accomplishing this critical manufacturing step.[1] It states the following: "Process validation is a term used in the medical device industry to indicate that a process has been subject to such scrutiny that the result of the process (a product, a service or other outcome) can be practically guaranteed.

---

[1] https://www.fda.gov/media/94074/download  (see link on Slide 3 – referencing "GHTF Guidance: Quality Management System Medical Devices – Process Validation Guidance" http://www.imdrf.org/docs/ghtf/final/sg3/technical-docs/ghtf-sg3-n99-10-2004-qms-process-guidance-04010.pdf )

This is vitally important if the predetermined requirements of the product can only be assured by destructive testing." This salient definition particularly captures how Medtronic failed to provide a legitimate manufacturing process. And especially true when failure to do so can result in such high risk to human use.

11.    When such stress cracking occurs in the field, it is readily visible especially when the product is clear like the polycarbonate rings at issue, and to the trained eye, such cracking is easily identifiable and recognizable as "stress" cracking.  That is exactly the type of cracking I saw in the retainer ring in Mr. Gautney's pump both visibly and under magnified examination.

12.    Medtronic's investigation and background failure description of the problem with the retainer rings cracking in the field includes reference to the built in / welded in stresses and "out-of-round" conditions in the retainer ring. I personally measured the existing dimensions of the retainer ring welded to Mr. Gautney's pump and did find that the inside diameter was out of round at least in the axis across the locking indents which is consistent with Medtronic's investigation.

13.    If the issue with the retainer ring was simply and solely due to a failure of the weld due to plastic incompatibility between PC and PC/ABS blend, then the failure mode would solely be complete and clean separation of the retainer ring from the case. While there are some reports of the retainer ring separating from the case, this is only because the retainer ring material has finally broken apart (due to PC

retainer ring stress cracking.) Many of the complaints and reported incidents concern the retainer rings breaking into pieces – a clear sign of polycarbonate "stress" cracking due to internal material stresses introduced during the manufacturing process and later failing to resist the normal use environment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 10, 2024, in Cleveland, Ohio.

*Charles E. Clemens*

Charles E. Clemens